

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 2, 2023

**MEMO ENDORSED**

**BY EMAIL**
The Honorable Victoria Reznik
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Dongxing Zheng and Xudong Liu**, No. 23 Mag. 5787*

Dear Judge Reznik:

    The Government writes respectfully to request that the Court unseal the Complaint, 23 Mag. 5787, and related arrest warrants in the above-referenced case, as the defendants have been arrested.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:   /s/
    Ryan W. Allison
    Assistant United States Attorney
    Southern District of New York
    (914) 993-1953

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.
8/2/2023